IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TERRY LEE COLEMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:11-CV-496-MTT-MSH |
| | : | 42 U.S.C. § 1983 |
| Sergeant MARY GORE, *et al.*, | : | |
| | : | |
| Defendants | : | |

_____

**O R D E R**

Plaintiff Terry Lee Coleman, an inmate at Central State Prison, filed a *pro se* 42 U.S.C. § 1983 civil rights action. The filing fee for a civil action is $350.00. 28 U.S.C. § 1914(a). A prisoner seeking to proceed without prepayment of the fee must submit both an *in forma pauperis* application and a certified copy of the trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). Although Plaintiff has submitted an *in forma pauperis* application, the trust fund account statement he provided is dated July 18, 2011 (ECF No. 2). The Court cannot evaluate Plaintiff's current ability to pay the filing fee with information that is five months old.

Should Plaintiff choose to proceed with this action, he must submit, within twenty-one (21) days of the date of this Order, a trust fund account statement for the immediately preceding six months. Failure to comply with this Order may result in the dismissal of

Plaintiff's complaint.  There shall be <u>no service of process</u> in this case until further order of the Court.

    SO ORDERED, this 29th day of December, 2011.

                                      <u>S/Stephen Hyles</u>
                                      UNITED STATES MAGISTRATE JUDGE