IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRY LEE COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-496 (MTT) |
| Warden WILLIAM TERRY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 12). The Magistrate Judge recommends denying the Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction because, on the current record, the Magistrate Judge was unable to conclude that there was a substantial likelihood that the Plaintiff would prevail on the merits. The Magistrate Judge allowed the Plaintiff's claims for injunctive relief to go forward. The Plaintiff filed an objection to the Recommendation. (Doc. 15).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's objection and has made a de novo determination of those portions of the Recommendation to which the Plaintiff objects. The Recommendation is adopted and made the order of this Court. The Plaintiff's Motion for TRO or Preliminary Injunction is **denied**.

**SO ORDERED,** this 2nd day of April, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT