IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRY LEE COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-496 (MTT) |
| Warden WILLIAM TERRY, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is Magistrate Judge Stephen Hyles' Report and Recommendation. (Doc. 37). The Magistrate Judge recommends: (1) that the Plaintiff's Motion to Amend (Doc. 24) be granted; (2) that the claims for damages asserted thereunder against defendants John Fagan, Johnny Hall, Gerry Johnson, Kimberly Short, and William Terry be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915A(b); (3) that the Plaintiff's Motion for Default Judgment (Doc. 33) be denied; (4) that defendants Enwai Nwabueze, M.D., and William Terry's Motion to Dismiss (Doc. 26) claims for injunctive relief against them be granted; and (5) that the Plaintiff's Motion to Appoint Counsel (Doc. 29) be denied as moot.

The Plaintiff did not object to any of these recommendations. The Court has reviewed the Report and Recommendation, which it hereby **ADOPTS** and makes the **ORDER** of this Court.

**SO ORDERED**, this 13th day of December, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT